# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**YVETTE BARBARA BALDWIN,**

    **Plaintiff**

    v.          C-1-11-804

**MARSHALL & ILSLEY FINANCIAL CORPORATION,**

    **Defendant**

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 4) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

2

The Recommendations of the United States Magistrate Judge (doc. no. 4) are hereby ADOPTED. Plaintiff's Complaint is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B).

This Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith. *See, McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997). The Court therefore DENIES plaintiff leave to proceed *in forma pauperis* in the United States Court of Appeals for the Sixth Circuit.

This case is DISMISSED AND TERMINATED on the docket of this Court.

IT IS SO ORDERED.

                                                  s/Herman J. Weber
                                      Herman J. Weber, Senior Judge
                                      United States District Court